KAREN L. LOEFFLER
United States Attorney
GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-4264
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
ABA 8209092

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COREEN RENEE NOBLE and ROBERT NOBLE,<br><br>    Plaintiffs,<br><br> vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:07-cv-00004-JWS<br><br><br><br><br>**STIPULATION FOR DISMISSAL** |

The Plaintiff and the Defendant, through counsel, stipulate that all claims that were asserted or could have been asserted by Plaintiff against the United States in this action may be dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees.

Respectfully submitted this 29th day of January, 2014, in Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/Gary M. Guarino
        Assistant U.S. Attorney

        CHOATE LAW FIRM, LLC
        Attorneys for Plaintiff

        s/Mark C. Choate
        Mark C. Choate
        424 N. Franklin St.
        Juneau, Alaska 99801
        Ph: (907) 586-4490
        Fax: (907) 586-6633
        AK #8011070
        United States Attorney

**CERTIFICATE OF SERVICE**
I hereby certify that on January 28, 2014, a copy of the foregoing was served electronically on Mark Choate.

s/ Gary M. Guarino