IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

COREEN RENEE NOBLE and ROBERT NOBLE, )
                                       )
                          Plaintiffs,  )        1:07-cv-00004-JWS
                                       )
            vs.                        )        ORDER GRANTING
                                       )        STIPULATION FOR
UNITED STATES OF AMERICA,              )        DISMISSAL
                                       )
                          Defendant.   )
_____    )

Upon consideration of the Stipulation for Dismissal filed by the parties,

IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its

own costs, expenses and attorney's fees.

DATED this 30th day of January 2014.


                                       /s/ John W. Sedwick
                                       United States District Judge